```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                      Case No. 09-cr-18-PB

**Paul Hewitt, et al.**

### **O R D E R**

Defendant, Paul Hewitt, has moved to continue the trial scheduled for July 7, 2009, citing newly appointed counsel and the need for additional time to complete discovery and prepare for trial.  The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 7, 2009 to September 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The June 23, 2009 final pretrial conference is continued to August 25, 2009 at 3:00 p.m.

No further continuances.

SO ORDERED.

                                                         /s/Paul Barbadoro
                                                         Paul Barbadoro
                                                         United States District Judge

June 22, 2009

cc:   Kevin Sharkey, Esq.
      Bjorn Lange, Esq.
      Stanley Norkunas, Esq.
      Mark Zuckerman, AUSA
      United States Probation
      United States Marshal