**UNITED STATES DISTRICT COURT**
                **FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                                     Case No. 09-cr-18-PB

**Paul Hewitt**

## O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for September 1, 2009, citing the need for additional time to finalize a negotiated plea agreement. The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 1, 2009 to October 6, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 25, 2009 final pretrial conference is continued to September 24, 2009 at 3:45 p.m.

    SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

August 25, 2009

cc:   Charles J. Keefe, Esq.
      Mark Zuckerman, Esq.
      United States Probation
      United States Marshal